UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NASH MARTINEZ, | 1: 07 CV 00020 LJO WMW HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE DISMISSAL OF PETITION FOR FAILURE TO EXHAUST STATE JUDICIAL REMEDIES |
| v. | |
| | [Doc. 5] |
| JAMES TILTON, DIRECTOR, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 3, 2007, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has conducted a de

novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on May 3, 2007, are a adopted in full;

2. The Petition for Writ of Habeas Corpus is dismissed for failure to exhaust state judicial remedies;

3. The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:    December 3, 2007**             /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE